1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   RODDY A. GUZMAN,                    )   No. CV 15-437-PA(AS)
                                         )
12                     Petitioner,       )
                                         )   **ORDER ACCEPTING FINDINGS,**
13              v.                       )
                                         )   **CONCLUSIONS AND RECOMMENDATIONS OF**
14   SCOTT FRAUENHEIM, Warden,           )
                                         )   **UNITED STATES MAGISTRATE JUDGE**
15                     Respondent.       )
                                         )
16   _____   )

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19   Petition, all of the records herein and the attached Report and

20   Recommendation of United States Magistrate Judge. After having made

21   a *de novo* determination of the portions of the Report and

22   Recommendation to which Objections were directed, the Court concurs

23   with and accepts  the findings and conclusions of the Magistrate

24   Judge.

25

26        IT IS ORDERED that Judgment be entered denying and dismissing

27   the Petition with prejudice.

28

1     IT IS FURTHER ORDERED that the Clerk serve copies of this

2 Order, the Magistrate Judge's Report and Recommendation and the

3 Judgment herein on counsel for Petitioner and counsel for

4 Respondent.

5

6     LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8     DATED:  February 19, 2015

9

10

11  _____

12          PERCY A. ANDERSON
        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28