JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODDY A. GUZMAN, | ) | No. CV 15-437-PA (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| SCOTT FRAUENHEIM, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 19, 2015

PERCY A. ANDERSON
UNITED STATES DISTRICT JUDGE

**JS-6**